

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/25/2015**                                                 **12-14-00073-CR**

**PIERCE, JOSEPH MICHAEL    Tr. Ct. No. 114-0648-13**          **PD-0651-15**

On this day, the Appellant's Pro Se motion for rehearing has been denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *